IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Condado 3 CFL, LLC,<br><br>Plaintiff,<br><br>v.<br><br>Esteban Diaz-Vega, et al.,<br><br>Defendant | CIVIL NO.: 19-2039 (SCC) |

**JUDGMENT OF DISMISSAL**

Pursuant to the Stipulation of Dismissal between Plaintiff Condado 3 CFL, LLC and the Defendants Esteban Diaz-Vega, Hildred Mattei-Franceschini and the Conjugal Partnership Constituted therein, filed at Docket No. 26, the Complaint and Counterclaim among them are dismissed with prejudice.

IT IS SO ORDERED, ADJUDGED, AND DECREED.

In San Juan, Puerto Rico, this 17th day of March, 2020.

S/ SILVIA CARREÑO-COLL
UNITED STATES DISTRICT JUDGE